AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| Diane Mauriello<br>*Plaintiff*<br>v.<br>Great American E&S Insurance Co.<br>*Defendant* | Civil Action No. 3:11-CV-432 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* Great American E&S Insurance Company recover costs from the plaintiff *(name)* Diane Mauriello.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge H. Bruce Guyton on a motion for Summary Judgment.

Date: March 7, 2013

CLERK OF COURT

s/ A. Brush, Deputy Clerk
*Signature of Clerk or Deputy Clerk*