# IN THE UNITED STATES DISTRICT COURT FOR THE EASTTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **DIANE MAURIELLO**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:11-cv-00432 |
| ) | |
| **GREAT AMERICAN E&S INSURANCE COMPANY** ) ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

COMES the Plaintiff Diane Mauriello, by and through counsel, and gives notice of appeal to the United States Court of Appeals for the Sixth Circuit to appeal the granting of summary judgment by Order of the district court signed on the 7th day of March, 2013, and entered on the 7th day of March, 2013. [Doc. No. 35]

RESPECTFULLY SUBMITTED this 27th day of March 2013.

/s/ Arthur F. Knight, III
ARTHUR F. KNIGHT, III, BPR#016178
TAYLOR & KNIGHT, G.P.
800 SOUTH GAY STREET, SUITE 600
KNOXVILLE, TN 37929
865-971-1701
FAX: 865-971-1705
amber@taylorknightlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2013, a copy of the foregoing Notice of Appeal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U.S. Mail. Parties may access this filing through the Court's electronic filing system.

This 27th day of March, 2013.

/s/ Arthur F. Knight, III
Arthur F. Knight, III